IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARISOL ARROYO-CASTRO, | Case No.: 3:25-cv-00153 (SFR) |
| Plaintiff, | |
| vs. | |
| ANTHONY GASPER, in his individual and official capacity; MARYELLEN MANNING, in her individual and official capacity; DARIO SOTO, in his individual and official capacity; and ANDREW MAZZEI, in his individual and official capacity, | March 23, 2025 |
| Defendants. | |

**MOTION FOR ORDER: REPLACE LOCAL COUNSEL DESIGNEE**

Pursuant to Local Rules of Criminal Procedure ("LR") 83.1(e), the undersigned respectfully moves for an Order to be designated as local counsel for all of Plaintiff's out-of-state counsel (listed below) in place of Attorney A. William Caporizzo. The undersigned further represents as follows:

1. On January 30, 2025, Attorney A. William Caporizzo entered an appearance for the Plaintiff, Marisol Arroyo-Castro in conjunction with the filing of the Complaint in this action.

2. Thereafter, Attorney Caporizzo filed motions to admit *pro hac vice*, the following attorneys: Alyssa DaCunha, Jeremiah G. Dys, Jonathan Ellison, Keisha Russell, Matthew T. Martens, Paul Piazza, and Rebecca Dummermuth. Pursuant to LR 83.1(e) Attorney Caporizzo is presently listed as local counsel and designated as agent for service of process for each.

3. The court previously granted motions to admit, *pro hac vice*, each of the listed attorneys (Dkt ## 13, 14, 15, 16, 21, 22, 23).

1

4. On March 23, 2025, the undersigned entered an appearance on behalf of Plaintiff, Marisol Arroyo-Castro (Dkt # 41).

5. Attorney Paul H. McConnell is a member in good standing of the State Bar of Connecticut and admitted to practice before the United States District Court for the District of Connecticut.

6. Should the Court approve this motion, Attorney McConnell will replace Attorney Caporizzo as local counsel and as designated agent for service of process pursuant to LR 83.1(e). Attorney McConnell's contact information is as follows:

> Paul H. McConnell (CT29062)
> THE DOCTOR LAWYER TEAM, LLC
> 638 Prospect Avenue
> Hartford, CT 06105
> Tel.: (833) 358-9467
> Fax: (860) 967-3412
> Email : paul@doctorlawyerteam.com

**WHEREFORE,** the undersigned respectfully moves this Court for an order appointing Attorney Paul H. McConnell as local counsel designee for Attorneys Alyssa DaCunha, Jeremiah G. Dys, Jonathan Ellison, Keisha Russell, Matthew T. Martens, Paul Piazza, and Rebecca Dummermuth.

> Respectfully Submitted,
> **Plaintiff, Marisol Arroyo-Castro**
>
> By: _____/s/_____
> Paul McConnell (CT29062)
> 638 Prospect Avenue
> Hartford, CT 06105
> Tel.: (833) 358-9467
> Fax: (860) 967-3412
> Email : paul@doctorlawyerteam.com

A.William Caporizzo, Bar No. 207995
Matthew Martens (*pro hac vice*)
Alyssa DaCunha (*pro hac vice*)
Jonathan Ellison (*pro hac vice*)
Paul Piazza (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: 202-663-6921
william.caporizzo@wilmerhale.com
matthew.martens@wilmerhale.com
alyssa.dacunha@wilmerhale.com
Jonathan.ellison@wilmerhale.com
Paul.piazza@wilmerhale.com


Jeremiah G. Dys (*pro hac vice*)
Keisha T. Russell (*pro hac vice*)
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway, Suite 1600
Plano, TX 75075
Telephone: 972-941-4444
jdys@firstliberty.org
krussell@firstliberty.org


Rebecca R. Dummermuth (*pro hac vice*)
FIRST LIBERTY INSTITUTE
1331 Pennsylvania Avenue NW, Suite 1410
Washington, D.C. 20004
Telephone: 202-921-4105
bdummermuth@firstliberty.org

**CERTIFICATE OF SERVICE**

I hereby certify that on this date a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Paul McConnell
Paul McConnell (ct29062)

4