UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| MARISOL ARROYO-CASTRO,<br><br>   *Plaintiff*,<br><br> v.<br><br>ANTHONY GASPER et al.,<br><br>   *Defendants*. | No. 25-cv-00153 (SFR) |

**DECLARATION OF MARYELLEN MANNING**

I, Maryellen Manning, declare as follows under penalty of perjury under 28 U.S.C. § 1746:

1. I am of legal age and am competent to testify in this proceeding.

2. I work for the Consolidated School District of New Britain ("the District") as its Chief of Staff, a position that I have held since May 2020. Overall, I have worked in education for more than twenty years. My current role entails, among other duties, leading all aspects of administrative supervision and talent oversight for the District. In particular, I oversee all staff issues, labor relations and standards, contract negotiations, and employment law matters.

3. DiLoreto Elementary & Middle School is one of the schools in the District.

4. I am familiar with the events underlying this lawsuit brought by plaintiff Marisol Arroyo-Castro, who most recently taught seventh-grade social studies at DiLoreto. I base this declaration on my own personal knowledge.

5. Ms. Arroyo-Castro has been a teacher in the District since 2003 and has taught at DiLoreto since 2008. Presently, Dario Soto is the Principal and Andrew Mazzei is one of the Assistant Principals at DiLoreto.

6. Teachers employed by the District may elect to become members of the New Britain Federation of Teachers, Local 871, the teacher's union covering the District. This union's

members are subject to the collective bargaining agreements entered at periodic intervals between the District and the union. Ms. Arroyo-Castro presently belongs to the teacher's union. In my capacity as Chief of Staff, I am familiar with the collective bargaining agreement and help to administer its terms. A true and accurate copy of the excerpted current agreement is attached to this declaration as Exhibit A.

7.     Article VII of the currently operative collective bargaining agreement contains provisions regarding teacher transfers. With some exceptions, teachers may express a preference to be assigned to open positions. The collective bargaining agreement permits involuntary transfers of teachers, following prior notice to the teacher and consultation between the teacher and the Superintendent or a designee. Ex. A, § 7:5. According to the current agreement, the "decision to involuntarily transfer shall not be arbitrary or capricious." Ex. A, § 7:6.

8.     There is no guarantee that a teacher will maintain the same placement from year to year. The District retains the right to exercise its discretion to assign teachers to classes they are qualified to instruct, based on enrollment patterns and educational needs.

9.     A successor collective bargaining agreement between the District and the teacher's union will take effect in July 2025. The new agreement's specific subsections regarding involuntary teacher transfers will remain the same as in the current agreement, though these sections will be renumbered as §§ 7:6 and § 7:7, respectively. A true and accurate copy of the excerpted successor agreement is attached to this declaration as Exhibit B.

10.     For the majority of the past decade, Ms. Arroyo-Castro taught third graders, and in some years she taught English-language learners.

11.     For the 2024-2025 school year, the District assigned Ms. Arroyo-Castro to teach seventh-grade social studies.

12.     During the fall 2024 semester, Ms. Arroyo-Castro had a thirty-minute daily lunch break and three-and-a-half hours of aggregate weekly "planning" time—or time spent on school grounds, free from other responsibilities, in which to prepare lessons and review students' work.

13.     Towards the end of November 2024, Assistant Principal Mazzei asked my input about responding to concerns that students and staff reportedly had raised about Ms. Arroyo-Castro's classroom environment. Of specific concern, Ms. Arroyo-Castro visibly displayed a crucifix on the classroom wall near the teacher's desk. After Mr. Mazzei and I spoke, it was decided that he would convene an informational meeting with Ms. Arroyo-Castro following the Thanksgiving holiday.

14.     I understand that, at that meeting, Mr. Mazzei instructed Ms. Arroyo-Castro to take the crucifix down from the classroom wall. Mr. Mazzei later informed me that, despite this direction, the crucifix remained in place.

15.     The District took the position that it was within its legal rights to request that this middle-school teacher remove a visible crucifix from the classroom wall, because displaying such a religious object in that context would violate the Establishment Clause.

16.     Over several days, Principal Soto, Assistant Principal Mazzei, and I variously met with Ms. Arroyo-Castro and her union representative to try to reach an accommodation. As I recall, during these meetings, I explained to Ms. Arroyo-Castro that the crucifix in her classroom made it appear that she was promoting Christianity and favoring this religion over others. I also recall mentioning to her that we did not want to hinder her religious beliefs, only to ensure that the District complied with the law. At one point, I seconded the union representative's proposal that Ms. Arroyo-Castro hang the crucifix underneath her desk, next to the drawers, which she initially agreed to do, and briefly did, before restoring the cross to its earlier place on the classroom wall.

17.     The District decided to reprimand Ms. Arroyo-Castro for insubordination, for the reasons outlined in a Letter of Reprimand, dated December 11, 2024, that I signed in my capacity as the District's head of personnel matters. The District then decided to suspend Ms. Arroyo-Castro for two days without pay, for the reasons outlined in a Notice of Suspension, dated December 12, 2024, that I also signed in my capacity as the District's head of personnel matters. When she failed to show up to work after the suspension, the District determined to place Ms. Arroyo-Castro on paid leave indefinitely.

18.     On January 24, 2025, Ms. Arroyo-Castro and her counsel met with District Superintendent Dr. Anthony Gasper and me to discuss a potential return by her to teaching. During this meeting, the Superintendent proposed that Ms. Arroyo-Castro place the crucifix in a desk drawer, under the desk with a magnet, in her pocket to be a source of comfort, or behind a screen that would obscure the crucifix from the view of students who were sitting at nearby desks or sitting near the teacher's desk for individual instruction. Ms. Arroyo-Castro would not agree to these or any other proposals made at that meeting about the crucifix's location.

19.     On March 6, 2025, the Superintendent, Deputy Superintendent Evie Velasquez, and I met with Ms. Arroyo-Castro to inform her of the District's decision temporarily to reassign her to assist in updating the District's curriculum. The Deputy Superintendent explained that this temporary role would involve creating documents for use by school staff, to ensure fidelity to the District's approved lessons and to assist in preparing students for statewide examinations. We gave Ms. Arroyo-Castro access to electronic models and online aids to complete these tasks.

20.     The District has an ongoing personnel investigation into complaints about Ms. Arroyo-Castro's classroom interactions. As a common protocol, the District will reassign a teacher for the duration of such an investigation, although Ms. Arroyo-Castro's reassignment occurred while this investigation already was underway. Any comments made during the March

6, 2025, meeting referencing Ms. Arroyo-Castro's pedagogy or personal beliefs simply reiterated the nature of complaints from students and staff that had prompted the school to investigate and temporarily reassign Ms. Arroyo-Castro in the meantime.

21.    Ms. Arroyo-Castro's temporary office is located in District headquarters. Students cannot access this new office. Last I checked, the crucifix was displayed in her office. To my knowledge, no administrator has ordered her to take it down.


Dated: New Britain, CT            _Maryellen Manning_
       April _11_, 2025            Maryellen Manning, Chief of Staff

# EXHIBIT A

COLLECTIVE BARGAINING AGREEMENT

Between

THE NEW BRITAIN BOARD OF EDUCATION

And

THE NEW BRITAIN FEDERATION OF TEACHERS, LOCAL 871

JULY 1, 2022 - JUNE 30, 2025

10441202v3

# TABLE OF CONTENTS

PAGE

Preamble ........................................................................................................................  1
Agreement....................................................................................................................  1
Article I          Definitions....................................................................................  1
Article II         Management Rights and Union Recognition ...............................  2
     2:2           DSAP Holders..............................................................................  3
Article III        Fair Practices and Teacher Protection..........................................  5
Article IV         Instructional Staff Work Year/Work Day ....................................  5
     4:1           School Year...................................................................................  5
     4:2           End of School Year Assistance ....................................................  6
     4:3           Teacher Workday .........................................................................  6
     4:5           Teacher Programs ........................................................................  7
     4:6           Teacher Preparations....................................................................  7
     4:7           Collaborative Meetings ...............................................................  7
     4:8           Parent/Teacher Conferences ........................................................  8
     4:9           Special Help Period .....................................................................  8
     4:10          Notification of PPT's and Other Meetings ..................................  8
     4:11          Professional Learning ..................................................................  8
     4:12          Substitute Teaching .....................................................................  8
     4:13          Case Management: Special Education, Pupil Services..................  9
Article V          Class Size ....................................................................................  9
Article VI         Leaves ..........................................................................................  12
     6:1           Unpaid Leaves .............................................................................  12
     6:2           Sabbatical Leave ..........................................................................  12
     6:3           Other Unpaid Leave .....................................................................  13
     6:4           Maternity, Paternity, Adoption and Foster Care Leave ...............  13
     6:5           Federation Leave..........................................................................  14
     6:6           Paid Sick Leave............................................................................  15
     6:7           Bereavement Leave ......................................................................  15
     6:8           Professional Leave .......................................................................  16
     6:9           Religious Holiday Leave...............................................................  16
     6:10          Jury Duty Leave ...........................................................................  16
     6:11          Uniformed Services Leave ...........................................................  16
     6:12          Paid Personal Leave .....................................................................  16
     6:13          Family and Medical Leave............................................................  17
     6:14          Superintendent's Discretion .........................................................  17
Article VII         Teacher Transfer ..........................................................................  17
Article VIII        Teacher Files ...............................................................................  18
Article IX          Grievances ...................................................................................  19
     9:1           Informal Disposition of Problems.................................................  19
     9:2           Definitions....................................................................................  19
     9:3           Procedure .....................................................................................  19
     9:6           Arbitration ...................................................................................  20

i

PAGE

| | | |
|---|---|---|
| 9:7 | General Provisions | 20 |
| Article X | Student Discipline | 21 |
| Article XI | Notices and Announcements | 21 |
| Article XII | Extra-Curricular Activities | 22 |
| Article XIII | Miscellaneous | 22 |
| 13:1 | Labor and Management Meetings | 22 |
| 13:2 | Union Meetings | 22 |
| 13:3 | Notification Regarding Certain Students | 22 |
| 13:4 | Assignments | 23 |
| 13:5 | Certification Requirement | 23 |
| 13:6 | Assignment of Classrooms | 23 |
| 13:7 | Telephone for Parent-Teacher Consultations | 23 |
| 13:8 | Teacher Dress Code | 23 |
| Article XIV | Recall Procedure | 23 |
| Article XV | Salaries and Fringe Benefits | 24 |
| 15:1 | Salaries | 24 |
| 15:5 | Salary Advancement | 25 |
| Article XVI | Peaceful Resolution of Differences | 25 |
| Article XVII | Savings Clause | 26 |
| Article XVIII | Matters Not Covered | 26 |
| Article XIX | Duration | 26 |
| Appendix A-1 | Salary Schedules | 28 |
| Appendix A-2 | Longevity Schedule, Other Programs | 31 |
| Appendix B | Extra-Curricular Salary Schedule 2022-25 | 32 |
| Appendix C | Fringe Benefits | 34 |
| | Medical/Health Insurance | 34 |
| | Premium Cost Sharing | 34 |
| | Section 125 and Flexible Spending Accounts | 35 |
| | Notification of Retirement | 35 |
| | Change of Carrier | 35 |
| | Retiree's Insurance | 35 |
| | Alternative Health Insurance | 36 |
| | Reimbursement for Loss | 36 |
| Appendix D-1 | Oversize Class Grievance Form | 37 |
| Appendix D-2 | Grievance Form | 38 |
| Appendix E | Recall Script | 39 |
| Appendix F | Teacher Layoff | 40 |
| Appendix G | HSA Plan Summary | 41 |
| Appendix H | Request for Absence Personal Reasons Form | 44 |

## PREAMBLE

The Board of Education of the City of New Britain, and the New Britain Federation of Teachers, Local 871, agree and recognize that they have an interest in educational excellence that is far beyond the scope of a collective bargaining agreement governing terms and conditions of employment. The Board of Education and the New Britain Federation of Teachers wish to declare their mutual intent to work toward the achievement of common aims as follows:

1.    The formation of realistic goals and programs consistent with the best educational theory.

2.    The development of a system of communication and consultation designed for more harmonious relations of the parties concerned as well as to expedite business to a fruitful conclusion.

It is hoped that this common effort will contribute in significant measure to the advancement of public education in the City of New Britain.

## AGREEMENT

**WHEREAS**, Connecticut law prescribes the procedure of collective bargaining between boards of education and teacher organizations; and

**WHEREAS**, in a secret ballot election conducted among certified personnel of the New Britain School District by the American Arbitration Association under the auspices of the Connecticut State Board of Education in accordance with Connecticut law, the New Britain Federation of Teachers received a majority mandate to act as their collective bargaining agent; and

**WHEREAS**, the Board has voluntarily endorsed such procedure by meetings with the Union as a fair and orderly method of regulating and conducting its affairs appropriate to its lawful functions with those concerned in New Britain it is agreed as follows:

## ARTICLE I
## DEFINITIONS

1:1   **Board**: Board of Education of the Consolidated School District of the City of New Britain.

1:2   **Union**: New Britain Federation of Teachers, Local 871, American Federation of Teachers, A.F.L.-C.I.O.

1:3   **Administration**: The Superintendent of Schools and the entire administrative staff as defined by the Connecticut State Board of Education, as well as other administrators whose positions do not require state certification.

1:4   **Teacher**: A person employed by the Board as defined in Article 2, Section 2:1.

1:5   **Substitute Teacher**: Any instructional employee employed on a day-to-day basis.

1:6   **School**: Any work location to which a member of the bargaining unit is assigned.

1:7   **Union Representative**: The Union Building Representative or their designated representative.

1

1:8     Whenever the singular is used in this Agreement, it is to include the plural.

1:9     **Seniority**:  Seniority or length of continuous service of the employee from the last date of employment in any position requiring Connecticut State Certification.  Seniority will continue to accrue during any authorized unpaid leave for purposes of transfer, layoff and recall rights only.  Seniority will continue to accrue during any uniformed services leave for all purposes.  Seniority will be lost if an employee quits, resigns or is discharged, or exceeds an authorized leave of absence.

1:10    **Course Credit**:  Course credit shall mean credit given for graduate courses, which are part of a program of higher learning (the individual teacher need not be matriculated in said program), licensed by the Connecticut Department of Higher Education and offered by an institution of higher learning, accredited by the Connecticut Department of Higher Education or in the case of out-of-state institutions, by Regional Accredited Agency (as accredited on www.collegesource.org), or course/credits approved in writing, in advance, by the Superintendent or their designee.  Course credit shall not be given for professional development courses. There is no blanket ban on internet and/or video courses.  Courses credited under this Article must be professionally appropriate.  Prior to starting any coursework, a teacher shall notify the Superintendent or their designee.  Any denial of course credit shall be subject to the grievance-arbitration process in the collective bargaining agreement.

1:11    **Hours**:  As used in Appendix A-1 shall mean course credits.

## ARTICLE II
## MANAGEMENT RIGHTS AND UNION RECOGNITION

2:0     Except where such rights, powers and authority are specifically relinquished, abridged or limited by the provisions of this Agreement, the Board has and will continue to retain, whether exercised or not, all of the rights, powers and authority heretofore had by it and, except where such rights, powers and authority are specifically relinquished, abridged or limited by the provisions of this Agreement, it shall have the sole and unquestioned right, responsibility and prerogative of management of the affairs of the public schools and direction of the working forces, including, but not limited to the following:

   a.      To establish or continue policies and procedures for the conduct of Board business and, from time to time, to change or abolish such policies or procedures.

   b.      To describe and enforce reasonable rules and regulations for the maintenance of discipline and for the performance of work in accordance with the requirements of the Board, provided such rules and regulations are made known in a reasonable manner to the employees effected by them.

   c.      To create job specifications and to revise existing job descriptions.

2:1     The Board recognizes the Union as the exclusive bargaining representative of all those employees in positions requiring a teaching or special services certificate, except nurses, paraprofessionals, persons in the "administrators' unit" as defined by Connecticut law and other personnel excluded by state statute for the purpose of negotiating with respect to salary schedules, working conditions, and other conditions relative to employment. The Board further recognizes the Union as the exclusive bargaining representative for all those teachers referred to above who are employed in the areas of Adult Education, Summer School, and part-time Tutoring.  The Board agrees not to negotiate with other organizations, individuals or groups of individuals over matters reserved to the Union as the Exclusive Bargaining Representative.

# ARTICLE VII
## TEACHER TRANSFER

7:1    Recognizing that in the New Britain Public School District there exists a need for a transfer policy based upon seniority and qualifications, and that teachers will plan their movements, aspirations and professional development in accordance with this policy, the details of an orderly transfer policy based upon these principles are set forth in the procedures which follow.

7:2    A list of the specific vacancies that occur in each building or responsibility center shall be made available to all staff by the Superintendent within ten (10) days following the adoption of a proposed budget, but in no event later than August 1.  The Superintendent may post earlier vacancy lists in all schools for a minimum of ten (10) school days and fill such vacancies in accordance with Section 7:3, below, in order to hire new teachers earlier than the main vacancy list is distributed.  Once a position is posted and filled, it does not have to be re-posted on any subsequent lists.

Additional hours that become available for Adult Education Teachers will be posted and offered to the most senior qualified Adult Education Teacher on a rotating basis.

The parties agree that the Board may post at any time during the school year vacant positions which were not posted by August 1 of the prior school year.  Any additional posting by the Board shall be posted in all schools for a minimum of ten (10) school days and those vacancies will be filled in accordance with Article 7:3 of the labor agreement.  Once a position is posted it does not have to be re-posted on any subsequent vacancy list, (although the Board may choose to post any remaining vacancies on the final vacancy list in July.)

7:3    Teachers may submit a list to the Personnel and Talent Management Department of the specific positions on the vacancy list to which the teacher requests transfer.  Major consideration shall be given to teachers having seniority in the District, so long as a system-wide balance of experienced teachers is maintained, and so long as the best interests of the School District are consistent with such voluntary transfer(s).

Newly hired teachers must remain in the position for which they were hired until they achieve tenure.  Newly hired teachers who are displaced must post for the position in which they were hired and once awarded a position from the vacancy list will not be permitted to transfer until they achieve tenure.

A complete Seniority List shall be given to the Federation each year by the first payroll date in October.

7:4    Below standard or developing teachers may not submit requests for voluntary transfers, unless there is mutual agreement between the parties.

7:5    Involuntary transfers shall not be made without prior consultations between the teacher and Superintendent or designee at which time the teacher shall be notified of the reason for the transfer.

7:6    A teacher who does not wish to be transferred may appeal the decision of the Superintendent by following the grievance procedure, and the standard for such an appeal shall be that the Superintendent's or designee's decision to involuntarily transfer shall not be arbitrary or capricious.

7:7    The number of teacher transfers from any school shall not exceed ten percent (10%) of

the school faculty in any one year.  The Superintendent may at their discretion exceed the ten percent (10%) stipulation contained herein.

7:8    No transfers shall normally be permitted at mid-year.  Internal awards from these postings will normally result in assignment for the following school year.

7:9    A teacher who posts for a specific vacant position and later reconsiders must withdraw their request before the position is awarded.  Once awarded, the teacher must accept the position.  If during the annual posting, an awarded position is eliminated or awarded in error, a non-displaced applicant shall return to their original position.

## ARTICLE VIII
## TEACHER FILES

8:1    All teacher files containing teacher evaluations and materials relating to their performance shall be maintained under the following circumstances:

8:2    Each teacher shall be entitled to knowledge of and access to supervisory records and reports of competence, personal character and efficiency contained in their personnel file with reference to evaluation of their performance in such school district.

8:3    The Board shall provide to each teacher copies of the records and reports described above upon request.

8:4    Upon reasonable notice, each teacher shall have the right to review and reproduce material in their personnel file to which they are entitled by law.

8:5    A teacher shall be notified before any document containing critical or negative material is placed in their personnel file.  The teacher will be required to sign the actual copy to be filed to certify that they have seen it.  The teacher's signature shall not be interpreted to signify agreement with the contents, only that they have read the document to be filed, reserving the right to respond within a reasonable time by addenda attached to the document.  There will be a waiting period of fifteen (15) school days after notification to the teacher before the document is placed into their personnel file.

## ARTICLE IX
## GRIEVANCES

9:1    <u>Informal Disposition of Problems</u>

The parties recognize that the informal disposition of problems is often preferable to formalized proceedings.

9:2    <u>Definitions</u>

a.    A grievance shall mean a complaint by an employee, that there has been a violation, misinterpretation, misapplication or infringement upon the provisions of this Agreement, established policy, or written practice.

b.    As used in this Article, the term "employee" shall mean (a) an individual employee, (b) a group of employees having the same grievance, (c) the Federation.

# EXHIBIT B

COLLECTIVE BARGAINING AGREEMENT

Between

THE NEW BRITAIN BOARD OF EDUCATION

And

THE NEW BRITAIN FEDERATION OF TEACHERS, LOCAL 871

JULY 1, 2025 - JUNE 30, 2028

21536194.2

# TABLE OF CONTENTS

PAGE

Preamble ........................................................................................................................... 1
Agreement......................................................................................................................... 1
Article I          Definitions.......................................................................................... 1
Article II         Management Rights and Union Recognition........................................ 2
2:2                DSAP Holders..................................................................................... 3
Article III        Fair Practices and Teacher Protection.................................................. 5
Article IV         Instructional Staff Work Year/Work Day ............................................ 5
4:1                School Year......................................................................................... 5
4:2                End of School Year Assistance............................................................ 6
4:3                Teacher Workday................................................................................ 6
4:5                Teacher Programs ............................................................................... 7
4:6                Teacher Preparations.......................................................................... 7
4:7                Collaborative Meetings....................................................................... 7
4:8                Parent/Teacher Conferences .............................................................. 8
4:9                Special Help Period............................................................................ 8
4:10               Notification of PPT's and Other Meetings ......................................... 8
4:11               Professional Learning ........................................................................ 8
4:12               Substitute Teaching............................................................................ 9
4:13               Case Management: Special Education, Pupil Services......................... 9
Article V          Class Size ........................................................................................... 9
Article VI         Leaves ............................................................................................... 11
6:1                Unpaid Leaves .................................................................................. 11
6:2                Sabbatical Leave ............................................................................... 12
6:3                Other Unpaid Leave .......................................................................... 12
6:4                Maternity, Paternity, Adoption and Foster Care Leave ..................... 13
6:5                Federation Leave............................................................................... 14
6:6                Paid Sick Leave................................................................................. 14
6:7                Bereavement Leave............................................................................ 15
6:8                Professional Leave............................................................................. 15
6:9                Religious Holiday Leave.................................................................... 15
6:10               Jury Duty Leave................................................................................ 15
6:11               Uniformed Services Leave................................................................. 16
6:12               Paid Personal Leave .......................................................................... 16
6:13               Superintendent's Discretion .............................................................. 16
Article VII        Teacher Transfer/Vacancies.............................................................. 16
Article VIII       Teacher Files..................................................................................... 17
Article IX         Grievances......................................................................................... 18
9:1                Informal Disposition of Problems...................................................... 18
9:2                Definitions......................................................................................... 18
9:3                Procedure .......................................................................................... 18
9:6                Arbitration......................................................................................... 19
9:7                General Provisions ............................................................................ 19
Article X          Workers Compensation Supplement.................................................. 20
Article XI         Notices and Announcements.............................................................. 21
Article XII        Extra-Curricular Activities................................................................ 21

| | | |
|---|---|---|
| Article XIII | Miscellaneous | 21 |
| 13:1 | Labor and Management Meetings | 21 |
| 13:2 | Union Meetings | 22 |
| 13:3 | Notification Regarding Certain Students | 22 |
| 13:4 | Assignments | 22 |
| 13:5 | Certification Requirement | 22 |
| 13:6 | Assignment of Classrooms | 22 |
| 13:7 | Telephone for Parent-Teacher Consultations | 22 |
| 13:8 | Teacher Dress Code | 22 |
| Article XIV | Recall Procedure | 23 |
| Article XV | Salaries and Fringe Benefits | 24 |
| 15:1 | Salaries | 24 |
| 15:5 | Salary Advancement | 24 |
| Article XVI | Peaceful Resolution of Differences | 25 |
| Article XVII | Savings Clause | 25 |
| Article XVIII | Matters Not Covered | 25 |
| Article XIX | Duration | 25 |
| Appendix A-1 | Salary Schedules | 27 |
| Appendix A-2 | Longevity Schedule, Other Programs | 29 |
| Appendix B | Extra-Curricular Salary Schedule 2025-28 | 30 |
| Appendix C | Fringe Benefits | 32 |
| | Medical/Health Insurance | 32 |
| | Premium Cost Sharing | 32 |
| | Section 125 and Flexible Spending Accounts | 33 |
| | Notification of Retirement | 33 |
| | Change of Carrier | 33 |
| | Retiree's Insurance | 33 |
| | Alternative Health Insurance | 34 |
| | Reimbursement for Loss | 34 |
| Appendix D-1 | Oversize Class Grievance Form | 35 |
| Appendix D-2 | Grievance Form | 36 |
| Appendix E | Recall Script | 37 |
| Appendix F | Teacher Layoff | 38 |
| Appendix G | HSA Plan Summary | 39 |
| Appendix H | Request for Absence Personal Reasons Form | 42 |

## PREAMBLE

The Board of Education of the City of New Britain, and the New Britain Federation of Teachers, Local 871, agree and recognize that they have an interest in educational excellence that is far beyond the scope of a collective bargaining agreement governing terms and conditions of employment. The Board of Education and the New Britain Federation of Teachers wish to declare their mutual intent to work toward the achievement of common aims as follows:

1.  The formation of realistic goals and programs consistent with the best educational theory.

2.  The development of a system of communication and consultation designed for more harmonious relations of the parties concerned as well as to expedite business to a fruitful conclusion.

It is hoped that this common effort will contribute in significant measure to the advancement of public education in the City of New Britain.

## AGREEMENT

**WHEREAS**, Connecticut law prescribes the procedure of collective bargaining between boards of education and teacher organizations; and

**WHEREAS**, in a secret ballot election conducted among certified personnel of the New Britain School District by the American Arbitration Association under the auspices of the Connecticut State Board of Education in accordance with Connecticut law, the New Britain Federation of Teachers received a majority mandate to act as their collective bargaining agent; and

**WHEREAS**, the Board has voluntarily endorsed such procedure by meetings with the Union as a fair and orderly method of regulating and conducting its affairs appropriate to its lawful functions with those concerned in New Britain it is agreed as follows:

## ARTICLE I
## DEFINITIONS

1:1  **Board**: Board of Education of the Consolidated School District of the City of New Britain.

1:2  **Union**: New Britain Federation of Teachers, Local 871, American Federation of Teachers, A.F.L.-C.I.O.

1:3  **Administration**: The Superintendent of Schools and the entire administrative staff as defined by the Connecticut State Board of Education, as well as other administrators whose positions do not require state certification.

1:4  **Teacher**: A person employed by the Board as defined in Article 2, Section 2:1.

1:5  **Substitute Teacher**: Any instructional employee employed on a day-to-day basis.

1:6  **School**: Any work location to which a member of the bargaining unit is assigned.

1:7  **Union Representative**: The Union Building Representative or their designated representative.

1:8    Whenever the singular is used in this Agreement, it is to include the plural.

1:9    **Seniority**: Seniority or length of continuous service of the employee from the last date of employment in any position requiring Connecticut State Certification. Seniority will continue to accrue during any authorized unpaid leave for purposes of transfer, layoff and recall rights only. Seniority will continue to accrue during any uniformed services leave for all purposes. Seniority will be lost if an employee quits, resigns or is discharged, or exceeds an authorized leave of absence.

1:10   **Course Credit**: Course credit shall mean credit given for graduate courses, which are part of a program of higher learning (the individual teacher need not be matriculated in said program), licensed by the Connecticut Department of Higher Education and offered by an institution of higher learning, accredited by the Connecticut Department of Higher Education or in the case of out-of-state institutions, by Regional Accredited Agency (as accredited on www.collegesource.org), or course/credits approved in writing, in advance, by the Superintendent or their designee. Course credit shall not be given for professional development courses. There is no blanket ban on internet and/or video courses. Courses credited under this Article must be professionally appropriate. Prior to starting any coursework, a teacher shall notify the Superintendent or their designee. Any denial of course credit shall be subject to the grievance-arbitration process in the collective bargaining agreement.

1:11   **Hours**: As used in Appendix A-1 shall mean course credits.

**ARTICLE II**
**MANAGEMENT RIGHTS AND UNION RECOGNITION**

2:0    Except where such rights, powers and authority are specifically relinquished, abridged or limited by the provisions of this Agreement, the Board has and will continue to retain, whether exercised or not, all of the rights, powers and authority heretofore had by it and, except where such rights, powers and authority are specifically relinquished, abridged or limited by the provisions of this Agreement, it shall have the sole and unquestioned right, responsibility and prerogative of management of the affairs of the public schools and direction of the working forces, including, but not limited to the following:

a.    To establish or continue policies and procedures for the conduct of Board business and, from time to time, to change or abolish such policies or procedures.

b.    To describe and enforce reasonable rules and regulations for the maintenance of discipline and for the performance of work in accordance with the requirements of the Board, provided such rules and regulations are made known in a reasonable manner to the employees effected by them.

c.    To create job specifications and to revise existing job descriptions.

6:11    Uniformed Services Leave

A teacher who is called for National Guard or Reserve Duty shall try to have their service deferred to a time that will not conflict with their obligation to the students. If the teacher must serve, time shall be granted for no longer than two (2) weeks. Salary received for this period shall be equal to the teacher's full salary. The amount received for such National Guard or Reserve Duty shall be turned over to the School District. Additional leave will be granted in accordance with the Uniformed Services Employment and Reemployment Act.

6:12    Paid Personal Leave

Teachers shall be granted four (4) days paid personal days off in any school year. Unless there is a legitimate reason, personal days shall not be granted on the last work day before a holiday or the first work day after a holiday or to extend vacations. Any requests for the months of May or June must only be to attend weddings, educational events (defined as formal, school related recognition ceremonies) for members of the immediate family (defined as spouse, child, sibling or an individual domiciled in the teacher's household) or for extraordinary circumstances. Adult Education Teachers who are assigned to work a minimum of 25 hours per week in any semester shall be granted one (1) paid personal day for that semester. All personal leave requests must be granted in writing in advance by the building principal after a completion of the existing absence form (attached as Appendix H), except in cases of emergency. In cases of extreme personal nature, teachers may inform the Local President of the reason for the leave and the President shall inform the Director of Personnel and Talent Management. Such reason shall be kept confidential.

6:13    Superintendent's Discretion

Nothing agreed to herein precludes the Superintendent from granting additional days off, with or without pay, for circumstances not specifically covered or for circumstances specifically covered herein.

6:14    All requests for time off shall be brought to the Superintendent's attention through routine channels as speedily as possible. The Superintendent shall make an adjudication in the case of such requests for absence with regard to the number of days permitted, salary, etc.

6:15    Any teacher who is scheduled to start an authorized leave of absence prior to October 15 and who expects to be absent for at least five (5) weeks, may be placed on temporary assignment, in accordance with the FMLA, if applicable.

## ARTICLE VII
## TEACHER TRANSFER/VACANCIES

7:1    Job Vacancies: Announcement of vacancies or openings in newly created jobs shall be made when they occur. The qualifications of the position shall be posted for a minimum of five (5) calendar days. Outside notification and interviews for positions may occur concurrently with the posting to bargaining unit members. However, first consideration shall be given to qualified internal applicants. Notification of vacancies shall be sent electronically to all bargaining unit members district email accounts. Members interested in vacancies shall be responsible for checking their district email over the summer recess.

7:2     Additional hours that become available for Adult Education Teachers will be posted and offered to the most qualified Adult Education Teacher.

7:3     A complete Seniority List shall be given to the Federation each year by the first payroll date in October.

7:4     <u>Voluntary Transfers</u>:

Teachers who wish to be voluntarily transferred to a vacancy may submit an application to the Talent Management Department. Only teachers determined by the Administration to have the requisite knowledge and qualifications for such vacancy will be granted an interview.  Such transfers shall only be granted if it is determined by the Administration that such applicant has the requisite qualifications and certification for the position. Major consideration shall be given to teachers having seniority in the District, so long as a system-wide balance of experienced teachers is maintained, and so long as the best interests of the School District are consistent with such voluntary transfer(s).

When a member is granted a voluntary transfer, the member shall not be permitted to apply for another position until the end of the current school year.

7:5     Meeting standard or not meeting standard teachers may not submit requests for voluntary transfers, unless there is mutual agreement between the parties.

7:6     Involuntary transfers shall not be made without prior consultations between the teacher and Superintendent or designee at which time the teacher shall be notified of the reason for the transfer.

7:7     A teacher who does not wish to be transferred may appeal the decision of the Superintendent by following the grievance procedure, and the standard for such an appeal shall be that the Superintendent's or designee's decision to involuntarily transfer shall not be arbitrary or capricious.

7:8     A teacher who posts for a specific vacant position and later reconsiders must withdraw their request before the position is awarded.  Once awarded, the teacher must accept the position.  If during the annual posting, an awarded position is eliminated or awarded in error, a non-displaced applicant shall return to their original position.

### ARTICLE VIII
### TEACHER FILES

8:1     All teacher files containing teacher evaluations and materials relating to their performance shall be maintained under the following circumstances:

8:2     Each teacher shall be entitled to knowledge of and access to supervisory records and reports of competence, personal character and efficiency contained in their personnel file with reference to evaluation of their performance in such school district.

8:3     The Board shall provide each teacher access to their personnel file, including the records and reports described above, through an electronic platform.

8:4     Upon reasonable notice, each teacher shall have the right to review and reproduce material in their personnel file to which they are entitled by law.