UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARISOL ARROYO-CASTRO, | No. 25-cv-00153 (SFR) |
| *Plaintiff,* | |
| v. | |
| ANTHONY GASPER et al., | |
| *Defendants.* | |

## DECLARATION OF ANDREW MAZZEI

I, Andrew Mazzei, declare as follows under penalty of perjury under 28 U.S.C. § 1746:

1.  I am of legal age and am competent to testify in this proceeding.

2.  I work for the Consolidated School District of New Britain ("the District") as the Assistant Principal for middle school at DiLoreto Elementary & Middle School, a position that I have held since July 2024. I have worked in the District for more than twenty years, starting out as a teacher, before attaining an administrative position. In my current role, I support DiLoreto's Principal in supervising students and staff, as well as implementing districtwide policies and goals, with a specific focus on the middle-school grades.

3.  I am familiar with the events underlying this lawsuit brought by plaintiff Marisol Arroyo-Castro, who most recently taught seventh-grade social studies at DiLoreto. I base this declaration on my own personal knowledge.

4.  In the fall 2024 semester, Ms. Arroyo-Castro had a homeroom class, taught four sections of social studies, and taught an advisory class of students needing reading and math support. Each section had at least twenty-five students. The students in Ms. Arroyo-Castro's homeroom were the same as in one social-studies section and as in the advisory class. Each class session lasted forty-eight minutes.

5.      In the fall 2024 semester, near the time of these events, the approved seventh-grade social studies curriculum focused on the European colonization of Africa. Nothing in that semester's curriculum contemplated that a crucifix be visibly displayed for all or any portion of class. I do not understand Ms. Arroyo-Castro to be taking a contrary position.

6.      In general, to address chronic absenteeism within the District, DiLoreto takes action, beyond legal requirements, to encourage student attendance. An attendance team meets weekly to review attendance concerns and plan for improved attendance. The school offers incentives for achieving attendance benchmarks. For example, homerooms with the best monthly attendance may receive craft time or get to perform a relay race. Individual students who have perfect monthly attendance enter a raffle for a DiLoreto Dragons sweatshirt, and homerooms with perfect attendance that day receive recognition over the loudspeaker.

7.      DiLoreto's Parent and Student Handbook for 2024-2025 contains information about and guidelines for the school. The Handbook emphasizes that attendance at school is mandatory. It explicitly notifies parents and guardians of their obligations to assure their child's attendance at school, in accordance with Board of Education policy and Connecticut state law, and outlines the consequences of excessive absences. The Handbook also lists school staff, broken out by grade and subject area, for the 2024-2025 academic year. A true and accurate copy of the excerpted Handbook is attached to this declaration as Exhibit A.

8.      In my capacity as Assistant Principal, I field complaints from students regarding their teachers. Sometimes, teachers will relay students' complaints to me. If I receive a complaint about a teacher, I will often raise the issue directly with the teacher first.

9.      On November 26, 2024, Ayla Duve, a seventh-grade science teacher at DiLoreto, alerted me to complaints from students about a crucifix hanging in the classroom where Ms. Arroyo-Castro taught, as well as about Ms. Arroyo-Castro's making religiously themed

2

comments to students in class. When telling me this, Ms. Duve expressed her own concern about any teacher's subjecting students to religious ideologies or items in school, outside the context of the curriculum.

10.     The next day, I visited the classroom in question and noticed a crucifix hanging on the wall next to Ms. Arroyo-Castro's teaching desk. Without measuring it, I estimated that the crucifix stood nearly a foot tall, around the same height as a standard 8.5x11-inch sheet of printer paper. The crucifix would have been directly visible to students who sat parallel to the desk, or to anyone who approached the desk, and could also have been seen by students from other areas of the room.

11.     Around that same time, multiple students complained to me directly about religious language that Ms. Arroyo-Castro had used towards students in the classroom. More specifically, these students reported that Ms. Arroyo-Castro in class had been telling students things such as "You need Jesus," that "Papa God doesn't like liars," or that "Papa God is probably disappointed in you," or had referred to students as sinners.

12.     After I received these complaints, I reached out to the District's Chief of Staff, Maryellen Manning, for guidance. We decided that I would convene an informational meeting with Ms. Arroyo-Castro after the Thanksgiving holiday.

13.     On December 3, 2024, I emailed Ms. Arroyo-Castro requesting to meet with her to discuss the concern that had been raised with me regarding the cross displayed in her classroom and to review District policies. During the meeting, held on December 6, 2024, I instructed her to take down the crucifix by the following Monday, to comply with the First Amendment to the United States Constitution, which prohibited permanent displays of religious symbols on school property unless used as a curricular teaching tool. I promised to stop by the classroom on Monday morning.

3

14.     On the morning of Monday, December 9, 2024, I observed that the crucifix remained in place on Ms. Arroyo-Castro's classroom wall. I informed Chief of Staff Manning and sought guidance on how to proceed.

15.     The following afternoon, on December 10, 2024, Ms. Manning and I, along with DiLoreto's Principal, Dario Soto, met with Ms. Arroyo-Castro and her union representative regarding the refusal to remove the crucifix. To the best of my ability, I personally took contemporaneous handwritten notes of what everyone said in my presence during this meeting. I promptly scanned and saved the notes to a computer folder. A true and correct copy of the notes is attached to this declaration as Exhibit B.

16.     For example, as the notes reflect, during this meeting, Ms. Manning explained to Ms. Arroyo-Castro that the crucifix gave the "perception of promoting Christianity" as a religion and "favoring it over others," meaning other types of religion. As the notes further reflect, Ms. Manning proposed that Ms. Arroyo-Castro could put the crucifix in her desk drawer and pull it out when she was alone. When that idea was rejected, the union representative suggested hanging the crucifix on the desk drawers, which Ms. Arroyo-Castro entertained because she still could "walk near it and see it," as the notes memorialize.

17.     Ms. Arroyo-Castro agreed to place the crucifix on the underside of her desk.

18.     The next day, the crucifix was back to its original location.

19.     After another meeting, which I attended, the District suspended Ms. Arroyo-Castro for two days without pay.

20.     On December 20, 2024, Ms. Arroyo-Castro posted on a text-message portal, to her entire seventh-grade homeroom class: "Unfortunately, I will not be able to respond to your contacts moving forward since I have been placed on Administrative Leave for refusing to remove a Crucifix from my desk area. The lesson to learn here is that doing what is right is not

always easy." This message continued: "Being good is hard… so you have to be strong to be good." The message ended by wishing her students a "Merry Christmas :-)". A true and accurate copy of this message is attached to this declaration as Exhibit C.

21.    A student shared the message with a teacher, who notified administrators of the posting. In a conversation in January, a student's parent described this message to me as an inappropriate thing to send to families.

22.    A photograph that is attached to this declaration as Exhibit D accurately shows Ms. Arroyo-Castro's teaching desk from the side, as viewed from a distance. I was present in the room when this photograph was taken. The photograph was taken in January, a little more than a month after Ms. Arroyo-Castro's suspension began. The crucifix previously occupied the now-empty spot on the wall between the two calendars, above the chair's armrests, and beneath the post-it notes. The classroom's entrance was along the far wall to the left of this image. Because our school strives for teachers to improve small group instruction, Ms. Arroyo-Castro created tables by combining multiple desks and would directly teach students in small groups around these tables. The photograph accurately reflects the desks' layout just prior to Ms. Arroyo-Castro's suspension. To that point, the scene had been left largely undisturbed, except for our having removed the crucifix.

Dated: New Britain, CT
        April 11, 2025                       _____
                                             Andrew Mazzei, Assistant Principal

5

# EXHIBIT A

# DILORETO ELEMENTARY AND MIDDLE SCHOOL



## PARENT / STUDENT HANDBOOK

## 2024 - 2025

## POLICIES, PROCEDURES, RIGHTS & RESPONSIBILITIES

THIS HANDBOOK IS CURRENT AS OF 7/29/2024 AND IS SUBJECT TO CHANGE.

732 Slater Road | New Britain, CT 06053 | (860) 223-2885 | www.csdnb.org



## Diloreto Elementary and Middle School Mission

The DiLoreto Magnet School Community will empower student ambassadors to achieve their personal best by providing a culture of academic excellence. We aim to promote and sustain a safe learning environment where students are taught by caring and knowledgeable educators in cooperation with supportive, involved families.

## Diloreto Elementary and Middle School Vision

"Educational Excellence for All"

Dario Soto, Principal  sotoda@csdnb.org
Krista Crist, Assistant Principal  crist@csdnb.org
Andrew Mazzei, Assistant Principal  mazzei@csdnb.org

| **School Hours** |
| --- |
| REGULAR SCHOOL DAY |
| 8:10 a.m. - 2:50 p.m. |
| EARLY DISMISSAL DAY |
| 8:10 a.m. - 12:50 p.m. |
| 2 Hour Delayed Opening |
| 10:00 a.m. - 2:50 p.m. |

# Principal's Welcome

# PARENT/STUDENT HANDBOOK
## TABLE OF CONTENTS

**School Staff** 7

**District School Calendar** 8

**Arrival Procedures** 9

**Dismissal Procedures** 9

**School Closings Due to Inclement Weather** 10

**Attendance Guidelines** 10

    Staying Home from School 11

    Board of Education Policy Regarding School Attendance 11

**Uniform Expectations** 12

    Tiered Flow Chart for Uniform Compliance 12

    Dress Code for Dress Down Day 13

    Board of Education Policy 5132.10 School Attire 13

**Technology Expectations and Guidelines** 14

    Personal Electronic Devices 14

    Chromebook Expectations 14

    Parental Notice of School-Sponsored Access to the Internet 14

**Academics** 15

    Curriculum 15

    Dos en Uno 15

    Spanish Language Development Program (SLD) 15

    Assessments 15

    Homework 15

    Make Up Work 15

    Parent/Guardian Academic Responsibilities 16

    Intervention/MTSS 16

    Multilingual Learners (ML) 16

    Special Education and Related Services 17

    Gifted/Talented 17

    Grade Placement- Promotion and Retention 17

        Limits on Retention 17

        Qualifications for Retention 18

        Action Steps Following the Retention of al Student 18

**School-Wide Behavior Expectations** 18

    Student Expectations 18

    Positive Behavioral Interventions and Supports (PBIS) 18

    Discipline/Sanction Reporting Guidelines 19

        Philosophy 19

        Due Process 19

Safeguards: Protecting the Rights of Students & Parents/Guardians                    19
Field Trips                                                                           20
School Dances and Activities                                                         20
Policy 5131.911 - Safe School Climate                                                20
Policy 5131.00 - Student Discipline Code                                             22
Policy 5131.6 - Drug and Alcohol Policy                                              22
Policy 5145.50 - Student Sexual, Racial and Other Unlawful Harassment               23
6121.00 – Student Equal Education Opportunity/Non-Discrimination                     25
In Loco Parentis                                                                     25
**Home-School Communication**                                                       **25**
Progress Reports and Report Cards                                                    26
Parent-Teacher Conferences                                                          26
Ongoing Communication                                                               26
Parent and Student Surveys                                                          26
**School Safety**                                                                   **27**
Visitors to School Buildings                                                        27
Emergency Drills                                                                     27
Biking Safety                                                                        28
Security Recordings                                                                 28
Policy 4118.233/4218.223- Possession of Firearms/Deadly Weapons on School Property  28
Policy 5125.00 - Privacy Rights of Parents and Students                             28
Protection of Pupil Rights Amendments (PPRA)                                        29
**Health and Medical**                                                              **29**
Administration of Medication                                                        30
Over the Counter Preparations and Emergency Prescription Medications:               30
Medical Emergencies                                                                 31
Communicating with the School Nurse                                                 31
Health Assessment Requirement (physical examinations)                              31
Immunizations                                                                       31
On-Site Behavioral Health Services                                                  31
Policy 6142.101 - District Wellness                                                 32
**General Information**                                                              **32**
Change of Address/Telephone Number                                                  32
Child Custody                                                                        32
Homeless Students                                                                    32
After School Programming                                                            32
Telephone Use                                                                        33
Lockers                                                                             33
Photographing/Videotaping Students                                                  33

# **School Staff**

**Kindergarten**
Joelyz Lugo Vega - Dos en Uno
Mariam O'Neill Vega – Dos en Uno
Emma Ridzon
Daryl Tara

**3rd Grade**
Nicole Dery -  Dos en Uno
Tammy Goodwin
Lorel Salgado -  Dos en Uno
Christina Valentine

**6th Grade**
Megan Howey - Math
Clint Matarazzo - Social Studies
Doug Sheldon - Science
Imari Watson - ELA

**Academic Arts**
Vacancy - ELEM Art
April Alessi - MS Art

Jessie Wills - ELEM Music
Vacancy - MS Music
Naveen Chadha – Band
Annie Seravalle - 4/5 Strings
Chuck Serravalle - MS Strings

Zachary Ferland - ELEM PE
David Conrad - MS PE
Tami Hyde - MS PE & Health

Hediona Beshiri - STEAM
Robin Pizzuto - STEAM

Luz Rodriguez - ELEM SLD
Baileys Irizarry - MS SLD

Charley Faria - LIA

**Instructional Coaches**
Lauren Gaudino - MS
Christine Morell - Literacy
Gabriela Ortiz - Math

**Custodial Staff**
Wanda Diaz
Ethan Falla
Juwan Leonard
Fraizer Powers

**1st Grade**
Sarah Altman
Raquel Galeano Rosado - Dos en Uno
Fabiola Minano – Dos en Uno
Joanna Robbins

**4th Grade**
Kristina Donza - Math
Maria Donnelly - ELA
Katherine Plourde - Math
Marcy Smith - ELA

**7th Grade**
Marisol Arroyo-Castro - Social Studies
Sarah Bell - ELA
Ayla Duve - Science
Margaret Murray - Math

**Special Education**
Veronica Barnes - SLP
Kyle Greene-Pendelton - SLP

Denise Cafiero
Leah Clark
Patricia Mayoussier
Elizabeth Modderno - PPT Specialist
Jenna O'Neil
Rosita Pouliot
Amanda Upchurch

**Paraprofessionals**
Jazmine De Dios
Tanya Lombardo
Tiffany Rivera
Jeffery Tilton

**Secretary**
Amalya Leonard
Evelyn Lopez

**Library Assistant**
Sajada Henry

**2nd Grade**
Deirdre Falla -  Dos en Uno
Cristina Miano
Claudia Quintanilla
Estefani Rivera -  Dos en Uno

**5th Grade**
Theresa Falkowski - Math
Christina LeMay - ELA
Kristy Olson - ELA
Ryan Pouliot - Math

**8th Grade**
Martha Crawford - Social Studies
Leena Murali - Math
Jennifer Pagan - ELA
Jill Simko - Science

**Support Services**
Celine Hines  -  ML Teacher
Suzy Vass - ML Teacher

Jennifer Ortiz - School Psychologist
Marissa Scarano - School Counselor
Ray Wilson - Social Worker

Melissa Abate - Reading Teacher
Marisa Garcia - Literacy Tutor
Marita Gereg - Literacy Tutor

Joseph Body - Dean of Students
Jose Garcia - Behavior Support Assistant

Timothy Maia - Family School Liaison

Sharon Czako - SBHC
Brenda Buzzi - Wheeler Clinic
Ral Etolue - Wheeler Clinic
Hanna Aforismo - Klingberg Family Centers

**Nurse**

If students are being dismissed early, parents must communicate with the school via phone call or written note to the main office. Students will not be released early from class thirty minutes prior to the end of the regularly scheduled day which is after 2:20 pm to ensure a safe and orderly dismissal process for all members of the learning community.  This is an important time of the day for your child – a time when they are able to reflect on their learning for the day, receive guidance for homework, projects and future learning.

During the school day, students will only be dismissed from the school office. Upon arriving at the school to pick up your child, you should report directly to the office. You will be asked to show photo identification and sign a dismissal log before your child will be called to the office.  Children will not be dismissed to anyone other than the parents or guardians without written permission from the custodial parents or guardians. Parents/guardians are asked to complete an emergency form at the beginning of each school year which lists individuals to whom a child may be released.  An older sibling must also present written permission from the custodial parents or guardians to pick up a younger sibling. Even with such permission, we will try to verify by phone that you wish your child to go home with someone else. This precaution may be frustrating for you and/or the bearer of the note, but remember that our first concern is your child's safety.

## School Closings Due to Inclement Weather

In the event of school closings or early dismissal due to inclement weather, a call will be made using the automated calling system as soon as possible. Please be sure that your telephone numbers are up to date so that we can contact you in case of emergency.

Information regarding closings, early dismissals or the cancellation of after school activities will also be posted on our social media platforms (Facebook, Twitter and Instagram) as well as our website, located at www.csdnb.org. You can also watch the TV stations (WFSB, NBC 30 or Fox 61) for information.

In the event of an early dismissal due to weather, please make sure your child is aware of any alternate arrangements for going home. Inclement weather dismissal will occur at 12:50PM and is known as the "2-hour early dismissal."

**THERE IS NO SUPERVISION FOR CHILDREN IN THE EVENT OF A DELAYED OPENING.**

## Attendance Guidelines

Attendance at school is mandatory.  Students need to be present in order to learn. You can help by making school a top priority. Please do not schedule appointments during school hours, however, students can leave school early or come to school late if this cannot be avoided.  Contact the school to report your child's absence, and send a note to the teacher explaining the absence when your child returns to school. *Calls are made to the home of each absent student in the morning to ensure that the parent knows the child is not at school.*

An unreported absence is an unexcused absence. Absences are excused only for illness or certain family emergencies up to 9 absences with appropriate documentation including doctor's notes. If your child has excessive absences, a referral to the Attendance Committee will be completed, which may include parents attending a meeting to discuss attendance concerns. DiLoreto's Attendance Committee consists of the teacher, administration, school social worker, family school liaison, school counselor, and the district's attendance officer. If necessary, an additional referral will be made to the attendance review board. If the attendance issue continues, a referral will be made to DCF due to educational neglect.

STUDENTS BECOME IRREVERSIBLY CHRONICALLY ABSENT AFTER 18 MISSED SCHOOL DAYS.

## Staying Home from School

Deciding when to keep a sick child at home from school is not always easy. It's important for children to attend school and for some parents staying home means missing work. When a child is truly sick they need to stay home in the care of a responsible adult to get well and to prevent spreading illness to others.

Listed below are some conditions where Parents/guardians should keep the student home from school:

- Fever over 100 - student may return when their temperature has returned to normal for 24 hours without the use of fever reducing medications
- Two or more episodes of vomiting - student may return when they have not vomited for 24 hours.
- Two or more episodes of diarrhea - student may return when they have gone 24 hours without further diarrhea
- Persistent coughing, including coughing from asthma that is not resolved by using prescribed asthma medications
- Severe pain - such as from an earache or toothache. The student should see a medical or dental provider immediately for treatment
- Diagnosed communicable illness or condition - such as flu, chicken pox, scabies, or whooping cough. The student may not return to school until cleared by their medical provider.
- Thick drainage coming from the eye and causing the eyelids to stick together. Student should see a medical provider for treatment.
- Strep throat - students diagnosed with strep throat may return after they begin antibiotic treatment.

Simple stuffy noses, coughs, or minor allergy symptoms don't stop many children from enjoying and participating in school activities. If your child is congested or has a sore throat but is still active in the morning and able to get themselves ready, it's a good sign that they can handle the school day.

## Board of Education Policy Regarding School Attendance

In compliance with Connecticut State Law (Statute 10-184), we are providing written notice to you, as parents and guardians, of your obligations to assure your child's attendance at school.  Students are expected to be on time for school and attend classes every day, unless they are sick or have a serious reason to be out. The New Britain School District policy states that the only excused absences are those due to a child's illness, death in the family, a doctor or dentist appointment, religious obligations, or whenever administration considers that exemption from school is in the best interest of the student. The school administrator makes the final determination about whether an absence is excused.  As of April, 2013 CT State Department of Education has provided definitions to establish two levels of criteria for an absence to be considered excused.  The first nine absences in a school year can be deemed excused for any reason the parent or guardian provides.  The 10th and subsequent absence after has a specific set of reasons that qualify as excused.  The acceptable reasons for a student absence to be considered excused after 10 or more absences are as follows:

- Student illness with verification from an appropriately licensed medical professional regardless of absence length;
- Student's observance of a religious holiday;
- Death in a student's family or any other emergency beyond the control of the student's family;
- Mandated court appearances that are documented;
- Lack of transportation that is normally provided by a district other than the one the student attends;

- Extraordinary educational opportunities that meet specific criteria and are pre-approved by district administrators.

For more information regarding the Two-Level Approach to Excused Absences please visit http://www.sde.ct.gov/sde/lib/sde/pdf/publications/guidelines_excused_and_unexcused_absences.pdf.

# Uniform Expectations

All students in grades kindergarten - 8 must wear the approved universal uniform of a white, navy, red, or yellow collared shirt and either khaki or navy blue Dockers style slacks/bottoms.



**Bottoms**
Students are expected to wear pants or knee-length shorts. Pants should be "dress" or "Dockers" style and be belted at the waist only. Denim jeans, jeggings, and leggings are not allowed. Girls may also wear skirts, jumpers or skorts in either khaki, navy blue, black, or gray and must be knee length or longer. We offer customized DiLoreto sweatpants as an alternative to Dockers style slacks/bottoms.

**Tops**
Student tops should be a solid color with a collar or turtleneck, worn tucked-in and tops may have long or short sleeves. No tee-shirts are allowed. Sweaters, blazers or vests in a solid color of navy or white are acceptable. Clothing with graphic designs, word screening, logos etc. are not allowed.

**Footwear**
Shoes and sneakers must have a back strap to keep them on a student's feet. Laces must be tied. Slides and slippers are unacceptable.

**DiLoreto Spirit Wear**
Students are allowed to wear DiLoreto spirit wear as a replacement for the school uniform.

## Tiered Flow Chart for Uniform Compliance

School uniforms are a district policy and will be enforced. There may be times when students are not in uniform based on a variety of factors (access to laundry, students that have outgrown uniforms, financial

# EXHIBIT B

Mr Levy (ed)

2:06        12.10.24        Castro

Mazzei

- Predisciplinary meeting        Manning

- Can you speak to us why you have not
complied
    → Castro - feel it is my right to my
    religion
    - helps me the most

2:08 - Soto joined

    - Castro - "I feel the cross is part of me"
    - I wear a cross
    - I feel bad to take it down
    - I see it as the cross thus anyone
    can see it
- this is what I believe to be my personal
space, I pray to it at lunch.
    - "if you feel able to hang on that cross,
    I can do anything"

- feel uncomfortable taking it down, it
is on the side for me - it is a little
message to me

MM - perception of promoting Christianity that
you are favoring your that
    - your employee will never tell you who
    to pray for

- consider other strategies
- the perception is you are favoring it are other
- want to go over strategies
- can cross be put in your drawer -
when older you can pull it out - we
can't have it on the wall. We don't want
to be the ones to take it down. Want
to work w/ you as a long time employee



Soto - brought up scripture
- can you have it in a place that
is not cast
-- is this crav pretendas than facith

(2:19 - Putting it into a drave is too much)
(Levy)
→ has it from the drave handle -
Uauld not promote to anyone

→ I think it is a good middle ground -
as far as a compromise that I am willing
to make
- I want to be able to see, I can walk
near it and see it

MM - I appreciate it

Levy - if we can land there → no discipline for
insubordination

2:22

2:30 ore - adjourned
○ our obligations as employer
○ conside request
○ take cross dam

2:32 - Ed "we need a minute"

2:37 - returned
- has magnets, can she address it now
URMM - explains the law
○ being respectful of an employees religious
belief
- need it to be taken off
- if it is in a place where students can
not see it

- can I promote
- on desk where id is not seen
- understanding that id needs to be
  on consp. obvious spot
    - id is a challenge that we hope
      can get addressed

- Mr. Soto will help
- id will go up with her

2:42  went to class

2:48 - Cross placed inside of
        desk

- Cried - he died for me so
  I can cry for him

# EXHIBIT C



# EXHIBIT D

