UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARISOL ARROYO-CASTRO,<br><br>*Plaintiff,*<br><br>v.<br><br>ANTHONY GASPER et al.,<br><br>*Defendants.* | No. 25-cv-00153 (SFR) |

## DECLARATION OF AYLA DUVE

I, Ayla Duve, declare as follows under penalty of perjury under 28 U.S.C. § 1746:

1. I am of legal age and am competent to testify in this proceeding.

2. I am a teacher employed by the Consolidated School District of New Britain. During the 2024-2025 school year, I have taught seventh-grade science at DiLoreto Elementary & Middle School.

3. I am familiar with some of the events leading up to this lawsuit by plaintiff Marisol Arroyo-Castro, who also taught seventh graders at DiLoreto during the fall of 2024. I base this declaration on my own personal knowledge.

4. At the start of this school year, I noticed a cross depicting Jesus displayed in the classroom where Ms. Arroyo-Castro taught. In my understanding, teachers should not be displaying religious items in class unless related to a lesson plan. Initially, I did not feel that it was my place to say anything about this item.

5. Over the course of the semester, students generally settled in and some became increasingly comfortable sharing their concerns with me, or approaching me for advice. In general, I view it as part of my job to speak to supervisors about concerns or complaints that students have raised with me about the school environment.

6. Two students in particular told me how Ms. Arroyo-Castro had been exposing students to religion in the classroom, unrelated to the content of the curriculum. Given their demeanor, and the substance of their complaints, these students appeared to me to be upset. As one of these students mentioned to me, this student was not a Christian.

7. In these discussions, the students specifically brought up the cross near the teacher's desk. They also complained that Ms. Arroyo-Castro had been making religious comments in their presence in class. Although I do not know the exact words used, these students informed me that Ms. Arroyo-Castro in class had told students things to the effect that they needed Jesus, or had made other God-related comments. As these students also told me, Ms. Arroyo-Castro would use such phrases in a chastising manner, not in a lighthearted way.

8. In November 2024, without identifying the students by name, I relayed their complaints to Andrew Mazzei, DiLoreto's Assistant Principal. I also shared my own concerns about students' being subjected to someone else's religious ideologies or having such a religious item on display in a classroom, unrelated to the curriculum, especially when many of our students are not Christian.

Dated: New Britain, CT
April 11, 2025

_____
Ayla Duve, Teacher