UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARISOL ARROYO-CASTRO,<br><br>*Plaintiff*,<br><br>v.<br><br>ANTHONY GASPER et al.,<br><br>*Defendants*. | No. 25-cv-00153 (SFR) |

### DECLARATION OF ERIC DEL POZO

I, Eric Del Pozo, an attorney admitted to practice in this Court, declare as follows under penalty of perjury under 28 U.S.C. § 1746:

1. I am a member of the law firm Shipman & Goodwin LLP, attorneys for defendants in this action. I base this affirmation on personal knowledge and on information and belief, from a review of the pleadings and proceedings in this action to date, as well as communications with others with relevant knowledge.

2. Attached as Exhibit A to this declaration is a true and accurate copy of current Consolidated School District of New Britain Board Policy Statement 5113.00, regarding School Attendance.

3. Attached as Exhibit B to this declaration is a true and accurate copy of current Consolidated School District of New Britain Board Policy Statement 6141.00, regarding Curriculum Development.

4. Attached as Exhibit C to this declaration is a true and accurate copy of current Consolidated School District of New Britain Board Policy Statement 6141.00, regarding the Classroom "21" Checklist.

5. Attached as Exhibit D to this declaration is a true and accurate copy of the first two pages of a January 21, 2025, letter from plaintiff's counsel, addressed to District Superintendent Dr. Anthony Gasper and the New Britain Board of Education.

Dated: New Britain, CT   */s/ Eric Del Pozo*
   April 11, 2025    Eric Del Pozo

# EXHIBIT A



## CONSOLIDATED SCHOOL DISTRICT OF NEW BRITAIN

# Board Policy Statement
### 5113.00 - School Attendance
Approved on September 17, 2001

All students enrolled in the Consolidated School District of New Britain are required to attend school on a regular basis. Regular attendance is essential for schools to be effective and a requirement for annual promotion. Regular attendance is the responsibility of parents or guardians. Although parents are legally responsible for ensuring that their children regularly attend school, older students should assume a personal responsibility for regular attendance.

Connecticut Statutes require that "Each parent or other person having control of a child five to 18 years of age shall cause such child to attend a public day school regularly during the hours and times the public school in the District wherein such child resides is in session, or while the school is in session in which provision for the instruction of such child is made according to law, unless the parent or person having control of such child is able to show that the child is elsewhere receiving equivalent instruction in the studies taught in the public schools".

The New Britain Board of Education has established and maintains administrative procedures for all grade levels to guide staff in assisting parents or guardians in meeting their responsibility of ensuring that their children attend school regularly.

# EXHIBIT B



**CONSOLIDATED SCHOOL DISTRICT OF NEW BRITAIN**

---

**Board Policy Statement**
**6141.00 - Curriculum Development**
Approved on March 19, 2018 l Revised on January 4, 2021

---

The Consolidated School District of New Britain is committed to providing the best personalized and comprehensive whole-child education at every level so students will be prepared for, and positively contribute to, a profoundly different future. Educational objectives identified for students in the curriculum provide an organizational framework for this learning.  The District recognizes that, in order to ensure a quality and equitable education for all students, curriculum development must be an intentional, ongoing and systematic process. The process encompasses establishment of program philosophy and goals that are aligned to the district's mission and vision, identification of student needs and objectives, instructional strategies and methods of assessment, curriculum implementation and evaluation.  Curriculum development is linked to both professional development and teacher evaluation by assisting educators to acquire and maintain the knowledge, skills and attitudes necessary to ensure continuous improvement for all students.

Curriculum development shall be guided by:

- Needs assessments drawn from a variety of holistic data points speaking to the whole child
- Community aspirations for students, as outlined in the profile of a graduate
- Student relevance, interests, and individualized needs
- Culturally and linguistically responsive pedagogy applied through an intersectional lens
- National and state curriculum frameworks and statutes
- Provisions of negotiated agreements

Teachers shall teach within the approved curricula. The curriculum development and revision process will be conducted by the Department of Academics in conjunction with relevant grade level and content area instructional staff. All curricula shall be subject to approval by the Board of Education.

**Curriculum Approval and Review Process**

I.  **New Courses**

   A. Development of new courses shall require the approval of the Curriculum Committee of the Board of Education. The administration will develop a procedure by which such requests are presented to the Curriculum Committee before a course may be offered or taught. Such requests should include a general narrative outline of the course description, the student objectives, and the district need for such a course.

   B. Newly created courses may be taught for no more than one school year without the full curriculum reviewed and approved by the Board of Education.

II. **Approval of New or Revised Curricula**

    A. Curriculum submitted to the Curriculum Committee of the Board of Education for approval should conform to the current approved district format as set by the administration. All curricula should include, at minimum, a description of the class or course, any relevant state or national standards, examples of the types of assessments that will be used, student learning objectives for the course, and necessary resources or materials to allow for successful instruction of the curriculum.

    B. Once reviewed by the Curriculum Committee the full curriculum will be sent to the Board of Education for approval. When a new curriculum first comes before the Board it may be put to a second reading at a future meeting at the request of any one member of the board, requiring no second.

    C. In general the Board of Education should refrain from extensive revisions to curriculum presented before it. If there is a need for a large scale revision, the curriculum should be referred back to the Curriculum Committee with suggestions.

**Legal References/Citations**
Connecticut General Statutes
10-15c   Discrimination in public schools prohibited
10-16b   Prescribed courses of study
10-18    Courses in United States history, government and duties and responsibilities of citizenship
10-18a   Contents of textbooks and other general instructional materials
10-19    Effect of alcohol, nicotine, or tobacco and drugs to be taught.
10-20    Et. seq. re:  Vocational education and cooperation with business
10-221a  High school graduation requirements

# EXHIBIT C



**CONSOLIDATED SCHOOL DISTRICT OF NEW BRITAIN**

---

# Board Policy Statement
## 6010.10 - Classroom "21" Checklist
Approved on January 24, 2011

---

The Consolidated School District of New Britain supports classroom environments that set the stage for teachers to address the academic, social, and emotional needs of students and promote college and career readiness for all students.

The Board of Education recognizes that the classroom environment has a powerful influence on student performance and behavior.

The physical aspects of a classroom include, but are not limited to, room arrangement, seating, bulletin boards, and artifacts related to instructional areas. Each of these should be carefully considered with both individual students' needs and instructional goals in mind.

The Classroom "21" Checklist is consistent with the research and literature reviewed from the fields of education, psychology, and business regarding conditions that are likely to enhance learning, and provides a framework within which teachers can think about their practices.

The Board of Education adopted the Classroom "21" Checklist as a tool to ensure that the physical arrangement of the classroom is student-centered and task-focused:

- Addresses academic and social needs of our students
- Reflects the diverse cultural and linguistic characteristics of our students
- Ensures clean, and attractive settings that stimulate learning and help build a classroom community
- Establishes emotionally, socially, and physically safe environments for learning and encourages students' growth and development.

# EXHIBIT D

# WILMERHALE

January 21, 2025

**By E-mail**

Dr. Anthony Gasper, Superintendent of Schools
Consolidated School District of New Britain
New Britain Education Administration Center
272 Main Street
New Britain, CT 06051

Board of Directors
Consolidated School District of New Britain
New Britain Education Administration Center
272 Main Street
New Britain, CT 06051

Alyssa DaCunha
Matthew T. Martens

+1 202 663 6454 (t)
+1 202 663 6363 (f)

Re:   **Marisol Arroyo-Castro & Protected First Amendment Expression**

Dear Dr. Gasper and Directors of the Consolidated School District of New Britain:

We represent Marisol Arroyo-Castro, a teacher at DiLoreto Elementary & Middle School ("DiLoreto") who has been employed by the Consolidated School District of New Britain ("the District") since 2003. We understand that the District recently suspended Ms. Castro for two days without pay, placed Ms. Castro on administrative leave, and is threatening to terminate her employment, all for displaying a crucifix beside her desk in the corner of the classroom. To avoid litigation, we request that the District immediately reinstate Ms. Castro to her teaching position without the condition that she remove her crucifix. For the reasons explained below, Ms. Castro's current suspension and prospective termination violates the guarantees of the First and Fourteenth Amendments to the U.S. Constitution, Article I of the Connecticut Constitution, Connecticut's *Act Concerning Religious Freedom*, and federal and state statutes protecting her from religious discrimination in the workplace.

***Factual Background***

Ms. Castro is a tenured public-school teacher and grandmother of five who has educated students for over three decades. After many years teaching 4th grade students at DiLoreto, she was assigned this year to teach 7th grade social studies. According to her June 2024 evaluation, she is a "proficient" teacher who "holds [her class] to high expectations" and whose students "showed growth." She has regularly received "proficient' or "exemplary" evaluations.

Wilmer Cutler Pickering Hale and Dorr LLP, 2100 Pennsylvania Avenue NW, Washington DC 20037

Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Palo Alto   San Francisco   Washington

WilmerHale

Anthony Gasper, Consolidated School District of New Britain Board of Directors
January 21, 2025
Page 2

     For about the past ten years, she has displayed a small crucifix beside her desk among other photos and personal items.[1]  Ms. Castro considers the crucifix a part of her personal and religious identity.  The crucifix was given to her by the family of a deceased friend who gave it to her as a memento because, as a practicing Catholic, Ms. Castro was particularly likely to treasure it.  Having the crucifix in view at her desk brought her daily calm.  During her lunch breaks, rather than going to the teachers' lounge, she would remain at her desk, look at the crucifix, and pray.  Throughout her school days, looking at the crucifix provided her with peace and strength, especially when the (already stressful) task of teaching young students proved particularly challenging.

     This school year, the crucifix hung to the side of her desk, at the very bottom of an adjacent whiteboard.  The crucifix was placed off to the side and below the level of a nearby computer monitor, surrounded by student artwork and a calendar.  Analogous locations in other teachers' classrooms feature the following items (in addition to student artwork):

- images of Wonder Woman;
- pictures of Santa Claus;
- a desk mat with images of Baby Yoda;
- a miniature of the Mona Lisa;
- New England Patriots football team pennants;
- photos of family and pets; and
- inspirational phrases.[2]

     Furthermore, one teacher's desk hosts a coffee mug with a citation to the biblical book of Proverbs,[3] and another's personal bulletin space features a small photograph of a statue of the Virgin Mary.

     On Tuesday, December 3, 2024, Mr. Mazzei, vice principal at DiLoreto, emailed Ms. Castro to inform her of a concern raised about the crucifix displayed in her classroom and to request that she meet to discuss the matter.  On Friday, December 6, Ms. Castro met with Mr. Mazzei and a representative of her local union, Jennifer Pagan.  At the meeting, Ms. Castro was instructed to take down the crucifix by the following Monday.  Mr. Mazzei followed up the

---

[1] A crucifix is a cross with the figure of Jesus suspended on it.  Many of the Catholic faith and other Christian denominations use crucifixes for devotional purposes.  *E.g.*, *Catechism of the Catholic Church* 874 (2d ed. 2019), https://www.usccb.org/sites/default/files/flipbooks/catechism/874/.

[2] Examples include "Yes you can!," "You are loved," "Keep calm and call Wonder Woman," and "Every Day Matters!"

[3] Specifically, the mug has the word "Teacher" printed, along with a citation to Proverbs 31:26 ("She opens her mouth in wisdom; kindly instruction is on her tongue.").