UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARISOL ARROYO-CASTRO<br>      Plaintiff,<br><br>vs.<br><br>ANTHONY GASPER, in his individual and official capacity; MARYELLEN MANNING, in her individual and official capacity; DARIO SOTO, in his individual and official capacity; and ANDREW MAZZEI, in his individual and official capacity,<br>      Defendants. | Civil Action No. 3:25-cv-00153<br><br>**MOTION TO EXCUSE LOCAL COUNSEL FROM ORAL ARGUMENT** |

I, Paul H. McConnell, serve as local counsel for Plaintiff Marisol Arroyo-Castro's case team. Pursuant to Local Rule 83.1(e)(2), I move to be excused from attending oral argument on Plaintiff's motion for a preliminary injunction in front of this Court, scheduled for 10:00 am on Tuesday, May 13, 2025.

## PROCEDURAL BACKGROUND

On January 31, 2025, Plaintiff's counsel Matthew T. Martens, Alyssa DaCunha, Jonathan Ellison, and Paul Piazza moved for admission *pro hac vice*, sponsored by A. William Caporizzo. Dkts. 9-12. On February 3, the Court granted the motions. Dkts. 13-16. On February 10, Plaintiff's counsel Rebecca R. Dummermuth, Jeremiah G. Dys, and Keisha T. Russell moved for admission *pro hac vice*, also sponsored by A. William Caporizzo. Dkts. 21-23. On February 11, the Court granted the motions. Dkts. 24-26.

On March 14, 2025, Plaintiff filed a Motion for a Preliminary Injunction. Dkt. 38.

On March 23, 2025, I filed a motion to substitute myself for A. William Caporizzo as local counsel. Dkt. 42. On March 24, 2025, the Court granted the motion. Dkt. 46.

On April 18, 2025, counsel jointly submitted a status report, stating, *inter alia*, that parties requested oral arguments be held on the "afternoon of May 13, on May 28, or in the afternoon of May 29." Dkt. 52. In a footnote, the parties stated that local counsel would not be available to attend arguments on May 13, were that to be the date the Court chose:

> Plaintiff's local counsel is not available on May 13, but if the Court would excuse his participation in the argument, *cf.* Local Rule 83.1(e)(2), lead counsel for the Plaintiff and lead counsel for the Defendants are capable of proceeding with the argument that afternoon to facilitate the speedy resolution of the pending preliminary injunction motion.

*Id*. On April 22, 2025, the Court scheduled oral arguments for 10 am on Tuesday, May 13. Dkt. 53.

## ARGUMENT

Local Rule 83.1(e)(2) provides that upon successful admission *pro hac vice* of visiting attorneys, "the sponsoring attorney may apply to be excused from attendance in Court and participation in other proceedings before the Court. A sponsoring attorney who is excused is not thereby relieved of any other obligation of an appearing attorney."

The Court has scheduled oral argument on Ms. Arroyo-Castro's preliminary injunction motion for May 13, 2025. As noted in the parties' joint status report, I have an unavoidable conflict on that date and am unable to attend the proceedings. However, two attorneys of Ms. Arroyo-Castro's team will be available to represent Ms. Arroyo-Castro in-person: Paul Piazza, who will argue the motion, and Matthew T. Martens. Both attorneys are competent, experienced, and capable of prosecuting the present action without my personal attendance. They are familiar with the local rules of this Court. Furthermore, as evidenced by their co-signature on the joint status report of April 18, 2025, Dkt. 52, Defendants do not object to the Court excusing my absence. Thus, to facilitate the speedy resolution of the pending preliminary injunction motion, and to avoid a motion to reschedule the oral argument, Mr. Piazza and Mr. Martens should be permitted to

proceed without my personal attendance. I expect to attend other proceedings and participate in this case consistent with my role as local counsel.

WHEREFORE, for the foregoing reasons, I respectfully request the present Motion be granted.

Respectfully submitted,

April 22, 2025

By: _____/s/_____
Paul H. McConnell, Bar No. 29062
*of counsel for Plaintiff Marisol Arroyo-Castro*

Paul H. McConnell, Bar No. 29062
*Of counsel for Plaintiff Marisol Arroyo-Castro*
THE DOCTOR LAWYER TEAM
Telephone: 888-565-7043
638 Prospect Ave
Hartford, CT 06105

Matthew Martens (*pro hac vice*)
Alyssa DaCunha (*pro hac vice*)
Jonathan Ellison (*pro hac vice*)
Paul Piazza (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: 202-663-6921
matthew.martens@wilmerhale.com
alyssa.dacunha@wilmerhale.com

A. William Caporizzo, Bar No. 207995
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: 617-526-6411
Facsimile: 617-526-5000
william.caporizzo@wilmerhale.com

Jeremiah G. Dys (*pro hac vice*)
Keisha T. Russell (*pro hac vice*)
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway, Suite 1600
Plano, TX 75075
Telephone: 972-941-4444
krussell@firstliberty.org

Rebecca R. Dummermuth (*pro hac vice*)
FIRST LIBERTY INSTITUTE
1331 Pennsylvania Avenue NW, Suite 1410
Washington, D.C. 20004
Telephone: 202-921-4105

## CERTIFICATE OF SERVICE

      I, Paul H. McConnell, hereby certify that this date, copies of the Motion to Excuse Local Counsel from Oral Argument were filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: _____/s/_____
Paul H. McConnell, Bar No. 29062
*Of counsel for Plaintiff Marisol Arroyo-Castro*
THE DOCTOR LAWYER TEAM
Telephone: 888-565-7043
638 Prospect Ave
Hartford, CT 06105