UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARISOL ARROYO-CASTRO<br>      Plaintiff,<br><br>vs.<br><br>ANTHONY GASPER, in his individual and official capacity; MARYELLEN MANNING, in her individual and official capacity; DARIO SOTO, in his individual and official capacity; and ANDREW MAZZEI, in his individual and official capacity,<br>      Defendants. | Civil Action No. 3:25-cv-00153<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

  I, A. William Caporizzo, pursuant to Local Rule 7(e), respectfully move this Court for leave to withdraw as counsel of record for Marisol Arroyo-Castro.

  Ms. Castro has been notified of my intent to withdraw as required by the local rules. She will continue to be represented by Matthew Martens, Alyssa DaCunha, Jonathan Ellison, and Paul Piazza of Wilmer Cutler Pickering Hale & Dorr LLP; by Jeremiah Dys, Keisha Russell, and Rebecca Dummermuth of First Liberty Institute; and by Paul McConnell of The Doctor Lawyer Team—all of whom have entered appearances in this matter.

  Ms. Castro's remaining attorneys are competent, experienced, and capable of prosecuting the present action. On March 24, 2025, the Court granted Ms. Castro's motion to designate Paul McConnell, an active member in good standing of the bar of this Court with offices within the District of Connecticut, as local counsel in place of the undersigned. Ms. Castro's local counsel and remaining visiting counsel are familiar with the local rules of this Court.

///

Respectfully submitted,

May 5, 2025

By:  /s/ A. William Caporizzo
A. William Caporizzo, Bar No. 207995
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: 617-526-6411
Facsimile: 617-526-5000
william.caporizzo@wilmerhale.com

**CERTIFICATE OF SERVICE**

I certify that this day, May 5, 2025, the foregoing Motion To Withdraw As Counsel has been electronically filed with the Clerk of Court using the CM/ECF system.  That system will notify all parties of this filing.  Parties may access this filing through the Court's system.

By:   A. William Caporizzo
A. William Caporizzo, Bar No. 207995
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: 617-526-6411
Facsimile: 617-526-5000
william.caporizzo@wilmerhale.com
