UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARISOL ARROYO-CASTRO<br>                    Plaintiff,<br><br>vs.<br><br>ANTHONY GASPER, in his individual and official capacity; MARYELLEN MANNING, in her individual and official capacity; DARIO SOTO, in his individual and official capacity; and ANDREW MAZZEI, in his individual and official capacity,<br>                    Defendants. | Civil Action No. 3:25-cv-00153<br><br><br>**NOTICE OF APPEAL**<br><br><br>December 3, 2025 |

      Pursuant to Federal Rule of Appellate Procedure 3(a)(1) and 28 U.S.C. § 1292(a)(1), notice is hereby given that Plaintiff Marisol Arroyo-Castro appeals to the U.S. Court of Appeals for the Second Circuit from the Memorandum and Order on Plaintiff's Motion for a Preliminary Injunction (Dkt. 88) entered by this Court in this action on November 3, 2025.

                                                 Respectfully submitted,

                                                 */s/ Matthew Martens*

| | |
|---|---|
| Jeremiah G. Dys (*pro hac vice*)<br>Keisha T. Russell (*pro hac vice*)<br>FIRST LIBERTY INSTITUTE<br>2001 West Plano Parkway, Suite 1600<br>Plano, TX  75075<br>Telephone: 972-941-4444<br>krussell@firstliberty.org<br><br>Rebecca R. Dummermuth (*pro hac vice*)<br>FIRST LIBERTY INSTITUTE<br>1331 Pennsylvania Avenue NW, Suite 1410<br>Washington, DC  20004<br>Telephone: 202-921-4105 | Matthew Martens (*pro hac vice*)<br>Alyssa DaCunha (*pro hac vice*)<br>Jonathan Ellison (*pro hac vice*)<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>2100 Pennsylvania Avenue NW<br>Washington, DC  20037<br>Telephone: 202-663-6921<br>matthew.martens@wilmerhale.com<br><br>Paul H. McConnell, Bar No. 29062<br>THE DOCTOR LAWYER TEAM<br>638 Prospect Avenue<br>Hartford, CT  06105<br>Telephone: 888-565-7043<br><br>*Counsel for Plaintiff* |

NOTICE OF APPEAL

1

## CERTIFICATE OF SERVICE

I, Matthew Martens, hereby certify that this 3d day of December, 2025, copies of this Notice of Appeal were filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:  */s/ Matthew Martens*
Matthew Martens (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC  20037
Telephone: 202-663-6921
matthew.martens@wilmerhale.com

*Counsel for Plaintiff*